UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

NORMA SUCO, : 07-CV-1708-AKH

                Plaintiff,

: **APPEARANCE**

  - against -

ALAN KASMAN DBA KASCO, *et al.*,
: **ELECTRONICALLY FILED**

                Defendants.

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                      By:    ___/s/ Judith R. Cohen___
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501
                                            *Attorney for Defendant*
                                            MERRILL LYNCH & CO., INC.