Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION      21 MC 102 (AKH)

_____X

NORMA SUCO

     V.       **NOTICE OF ADOPTION**

ALAN KASMAN DBA KASCO, ET. AL.  CASE NUMBER: (AKH)
                 07 CV 1708
_____X

  PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

  WHEREFORE, the defendant RBC Dain demands judgment dismissing the above captioned action, together with their cost and disbursements.

Dated: New York, New York
   May 23, 2008

          Faust, Goetz, Schenker & Blee, LLP

         _____
         By: Ida A. Caputo (IC-9208)
         Attorneys for the Brookfield Parties
         Two Rector Street, 20th Floor
         New York, NY 10006
         (212) 363-6900